IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
|   SRR ENERGY MANAGEMENT § | |
|   RESOURCES, INC. § | CASE NO. 06-36325-H4-7 |
| § | |
| Debtor(s) § | (Chapter 7) |
| § | |

## MOTION TO PAY FUNDS INTO THE COURT REGISTRY

The undersigned Trustee reports:

_____  The dividend(s) payable to the Debtor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in FRBP 3010(a).

   X     More than ninety (90) days have passed since the final distribution and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to FRBP 3010(a) and 3011, as applicable and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).


DATED:  August 30, 2011             *s:// William G. West, Trustee*
                                                         William G. West, Trustee
                                                         12345 Jones Road, Suite 120
                                                         Houston, TX 77070


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached *MOTION TO PAY FUNDS INTO THE COURT REGISTRY UNDER U.S.C. §347(A)*, was served on the U.S. Trustee by First Class, U.S. Mail, postage pre-paid, or via electronic mail on this the  30th  day of  August, 2011.

Respectfully submitted,

*// William G. West*
William G. West

## EXHIBIT "A"

PLEASE MARK ONE:

\_\_\_\_\_   Small Dividends
  X    Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Virginia Power Energy Marketing, Inc.<br>c/o Curt Langley – Jackson Walker LLP<br>1401 McKinney, Suite 1900<br>Houston, TX 77010 | 3-2 | $11,900.58 |
| | TOTAL: | **$ 11,900.58** |